**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARABIEL AVELAR and RUDECINDA GUARDADO, ) ) ) Plaintiffs, ) ) v. ) ) Los Angeles County et al., ) ) Defendants. ) ) | **Case No. LA CV 16-00471-VBF-AGR** <br><br> **FINAL JUDGMENT** |

Final judgment is hereby entered in favor of all defendants and against both plaintiffs on all claims. IT IS SO ADJUDGED.

Dated: July 25, 2019

_Valerie Baker Fairbank_
_____

Hon. Valerie Baker Fairbank

Senior United States District Judge